JOHNSON, Chief Justice,
dissents and assigns reasons.
hi respectfully dissent, finding the majority errs in holding post-sale notice to an interested tax party can be effectuated by a tax sale purchaser.
La. R.S. 47:2156 sets forth the requirements for post-sale tax notice and provides, in pertinent part:
B. (1) For each property for which tax sale title was sold at tax sale to a tax sale purchaser, each collector shall within thirty days of the filing of the tax sale certificate, or as soon as practical *452 thereafter, provide written notice to the following persons that tax sale title to the property has been sold at tax sale. The notice shall be sent by postage prepaid United States mail to each tax notice party and each tax sale party whose interest would be shown on a thirty-year mortgage certificate in the name of the tax debtor and whose interest was filed prior to the filing of the tax sale certificate.
In. this case, Resource Bank was not duly notified by the tax collector as mandated by the statute. In my view, the mandatory language in La. R.S. 47:2156, requiring | ..an official tax collector to provide notice, cannot be satisfied through notice provided by ■ the tax purchaser, a private entity.
For this reason, I would affirm the ruling of the court of appeal, declaring the tax sales null and void for want of due process.